

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2022

No. 04-22-00694-CV

Jayme Bobette **ESTES**,
Appellant / Cross-Appellee

v.

Terry **LEIFESTE**, Individually and as Trustee of the Leifeste 2001 Descendants Trust,
Appellee / Cross-Appellant

From the 452nd District Court, Mason County, Texas
Trial Court No. 215999
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

     Appellant's brief was due to be filed by December 8, 2022. Neither the brief nor a motion for extension of time have been filed.

     It is therefore ORDERED that appellant show cause in writing **no later than December 29, 2022** why this appeal should not be dismissed for want of prosecution and why appellee is not significantly injured by appellant's failure to timely file a brief. TEX. R. APP. P. 38.8(a)(1). If appellant fails to respond by December 29, 2022, this appeal will be dismissed for want of prosecution.

_____
Lori I. Valenzuela, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court